■ ERIC L. SAWYER, Respondent, v MICHAEL F. PARRISH, on Behalf of and as Administrator of the Estate of KARL M. PARRISH, Deceased, Appellant. [29 NYS3d 170]—Order, Supreme Court, New York County (Martin Schoenfeld, J.), entered October 7, 2014, which found that reasonable attorneys' fees to plaintiff for plaintiff's efforts in pursuing payment under a promissory note following defendant's default, and pursuing attorneys' fees to which plaintiff was entitled pursuant to the provisions of the note, was $18,000, unanimously affirmed, without costs.

Defendant failed to preserve any objection to the award of attorneys fees by his acquiescence in the off-the-record hearing held by Supreme Court. Concur—Mazzarelli, J.P., Friedman, Andrias, Moskowitz and Kahn, JJ.